1  CHERYL L. HODGSON, SBN 141275
   Email: chodgson@hodgson-law.com
2  HODGSON LAW GROUP
   1610 Colorado Avenue, Suite 200
3  Santa Monica, CA 90404
   Telephone: (310) 449-1070
4  Facsimile: (310) 596-1580

5  Attorneys for Defendant Mario A. Salinas
   d/b/a Amazon Networks

6

7  JOHN C. RAWLS, SBN 106567
   Email: jrawls@fulbright.com
   FULBRIGHT & JAWORSKI L.L.P.
8  555 South Flower Street, 41st Floor
   Los Angeles, CA 90071
9  Telephone: (213) 892-9200
   Facsimile: (213) 892-9494

10

11 Attorneys for Plaintiff Amazon.com, Inc.,
   a Delaware Corporation

FILED
CLERK, U.S DISTRICT COURT
APR 11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Amazon.com, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mario A. Salinas d/b/a/ Amazon Networks,<br><br>Defendant. | CASE NO. CV 05-6960 GAF (JTL)<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE<br><br>Hon. Gary A. Feess |

On March 28, 2006, the Court issued its order scheduling the Rule 26(f) Conference to take place on Monday, May 8, 2006, at 1:30 p.m. Attorney for defendant, Cheryl L. Hodgson, will be out of the country from May 5th through May 10th, 2006 and will not be able to attend the Rule 26(f) Conference scheduled for

Monday, May 8, 2006, at 1:30 p.m. Based upon the foregoing, plaintiff Amazon.com, Inc. and defendant Mario A. Salinas d/b/a Amazon Networks, by and through counsel, stipulate, respectfully request and jointly move the Court to continue the Rule 26(f) Conference to Monday, May 15, 2006 at 1:30 p.m.

Respectfully submitted,

Dated: April 6, 2006

HODGSON LAW GROUP

By: _____
Cheryl L. Hodgson

Attorneys for Defendant, Mario A. Salinas d/b/a Amazon Networks

Dated: April 6, 2006

FULBRIGHT & JAWORSKI L.L.P.

By: _____
John C. Rawls

Attorneys for Plaintiff Amazon.com, Inc.

2

| | |
|---|---|
| 1 | [PROPOSED] ORDER CONTINUING RULE 26(f) CONFERENCE |
| 2 | The Court has considered the ~~Stipulated~~ Stipulation Motion of defendant Mario A. Salinas |
| 3 | d/b/a Amazon Networks and plaintiff Amazon.com, Inc., to continue the Rule 26(f) |
| 4 | Conference. |
| 5 |     In consideration of the foregoing stipulation by the parties, and good cause |
| 6 | appearing therefore, |
| 7 |     IT IS HEREBY ORDERED that the Rule 26(f) Conference in this matter shall |
| 8 | take place on Monday, May 15, 2006, at 1:30 p.m. |
| 10 | IT IS SO ORDERED. |
| 12 | Dated: 4/11, 2006 |
| 13 | By: _____ |
| 14 | Hon. Gary A. Feess / United States District Judge |

(SCANNED)

3

# PROOF OF SERVICE

State of California
County of Los Angeles

I, Tanya Shifman, am employed in the aforesaid county, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 1610 Colorado Avenue, Suite 200, Santa Monica, CA 90404.

On April 7, 2006

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE RULE (f) CONFERENCE**
on all interested parties in this action by delivery of a copy to:

JOHN C. RAWLS (State Bar No. 106567)
SARAH SILBERT (State Bar No. 198594)
**FULBRIGHT & JAWORKSI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90017
Telephone: (213) 892-9200
Facsimile (213) 892-9494

__XX__          BY MAIL

I am readily familiar with the practice of collection and processing of correspondence for mailing with the United States Postal service; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited with the United States Postal Service with first class postage thereon, fully prepaid the same day in the ordinary course of business.

_____          BY PERSONAL SERVICE

I caused such envelope to be delivered by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 7, 2006

*T. My*

Tanya Shifman